**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-6061

WENDELL C. HELFRICK,

        Plaintiff - Appellant,

    v.

RUSSELL L. RABB, III, Deputy Commonwealth's Attorney of Culpeper County,

        Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James P. Jones, Senior District Judge.  (7:20-cv-00689-JPJ-PMS)

Submitted:  July 31, 2023                                      Decided:  August 29, 2023

Before THACKER and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Wendell C. Helfrick, Appellant Pro Se.  Christopher Stanislaw Dadak, GUYNN WADDELL CARROLL & LOCKABY, P.C., Salem, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wendell C. Helfrick appeals the district court's order and judgment denying relief on his 42 U.S.C. § 1983 complaint.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order and judgment.  *Helfrick v. Rabb*, No. 7:20-cv-00689-JPJ-PMS (W.D. Va. Dec. 1, 2021).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*